**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Jack H. Swepston, Jr.**　　　　　　　　　　　CASE NO **07-38248-H3-7**

CHAPTER **7**

*AMENDED 12/17/2007*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $162,100.00 | | |
| B - Personal Property | Yes | 5 | $138,343.09 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $167,884.05 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $376,385.56 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $4,288.84 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,820.67 |
| TOTAL | | 17 | $300,443.09 | $544,269.61 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: **Jack H. Swepston, Jr.** | CASE NO | **07-38248-H3-7** |
| | CHAPTER | **7** |

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | ▓▓▓ | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | ▓▓▓ |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | ▓▓▓ | |
| 4. Total from Schedule F | ▓▓▓ | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | ▓▓▓ | |

In re **Jack H. Swepston, Jr.**  Case No. **07-38248-H3-7**
(if known)

*AMENDED 12/17/2007*
# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | San Antonio Credit Union (Checking) | - | $9.96 |
| | | San Antonio Credit Union (Savings) | - | $9.52 |
| | | Allied Credit Union | - | $5.02 |
| | | Chase | - | $26.63 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Washer & Dryer, Refrigerator, Sofa, 2 Recliners, TV, Dining Room Table, Chairs, & Breakfront, King Bed, Dresser, 2 Small Chairs, Misc. Small Appliances | - | $7,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Mens' Clothing | - | $1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

In re **Jack H. Swepston, Jr.**　　　　　　　　　　　　　　Case No.　**07-38248-H3-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 12/17/2007*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Allstate Life Insurance Policy | - | $17,423.55 |
| | | Symetra Life Insurance Policy | - | $6,893.80 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Fidelity 401(k) | - | $29,200.61 |
| | | Edward Jones IRA | - | $42,539.00 |
| | | Edward Jones Roth IRA | - | $2,880.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re **Jack H. Swepston, Jr.**　　　　　　　　　　　　　　Case No.　**07-38248-H3-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

### AMENDED 12/17/2007
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re **Jack H. Swepston, Jr.**  Case No. **07-38248-H3-7**
(if known)

*AMENDED 12/17/2007*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chevrolet Trailblazer | - | $27,000.00 |
| | | 2003 Jeep Liberty | - | $3,755.00 |
| | | 1961 MG (Hasn't run since 1970's and has been in storage. Body is badly rusted and damaged.) | - | $50.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Desktop Computer & Printer | - | $500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

In re **Jack H. Swepston, Jr.**  Case No. **07-38248-H3-7**
(if known)

*AMENDED 12/17/2007*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Junk in storage (broken floor lamps, etc.) | - | $0.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)   **Total >**   **$138,343.09**

*AMENDED 12/17/2007*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **2301**<br>**CitiMortgage**<br>**P.O. Box 9438**<br>**Gaithersburg, MD 20898-9438** | - | DATE INCURRED: **5/13/2003**<br>NATURE OF LIEN: **Mortgage**<br>COLLATERAL: **10063 Kemp Forest Drive, Houston, TX 77080**<br>REMARKS:<br><br>VALUE: **$162,100.00** | | | | $130,396.33 | |
| ACCT #: **xxxxxxx-xx03-34**<br>**Cliffs at Peace Canyon**<br>**P.O. Box 350547**<br>**Fort Lauderdale, FL 33335-0547** | - | DATE INCURRED: **2003**<br>NATURE OF LIEN: **Maintenance Fees**<br>COLLATERAL: **Timeshare**<br>REMARKS: **Annual Maintenance Fee: $446.00 due Jan. 1 each year**<br>VALUE: **$0.00** | | | | Notice Only | Notice Only |
| ACCT #:<br>**San Antonio Federal Credit Union**<br>**P.O. Box 1356**<br>**San Antonio, TX 78295-1356** | - | DATE INCURRED: **06/2007**<br>NATURE OF LIEN: **Purchase Money**<br>COLLATERAL: **2007 Chevrolet Trailblazer**<br>REMARKS:<br><br>VALUE: **$27,000.00** | | | | $26,554.56 | |
| ACCT #:<br>**San Antonio Federal Credit Union**<br>**P.O. Box 3156**<br>**San Antonio, TX 78295-3156** | - | DATE INCURRED: **5/13/2003**<br>NATURE OF LIEN: **Purchase Money**<br>COLLATERAL: **2003 Jeep Liberty**<br>REMARKS:<br><br>VALUE: **$3,755.00** | | | | $10,933.16 | $7,178.16 |
| | | **Subtotal (Total of this Page) >** | | | | **$167,884.05** | **$7,178.16** |
| | | **Total (Use only on last page) >** | | | | **$167,884.05** | **$7,178.16** |
| | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

_____**No**_____ continuation sheets attached

In re **Jack H. Swepston, Jr.**      Case No. **07-38248-H3-7**
                                                                                            (if known)

### *AMENDED 12/17/2007*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Allied Home Mortgage Corp.**<br>**c/o Jim Hodge**<br>**6110 Pinemont**<br>**Houston, TX** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Pending Lawsuit - Breach of Contract/Breach of Fiduciary Duty** | X | X | X | $300,000.00 |
| **Representing:**<br>**Allied Home Mortgage Corp.** | | | **Murphy S. Kasing**<br>**1221 McKinney, Suite 3200**<br>**Houston, TX 77010** | | | | **Notice Only** |
| ACCT #: **xxxx-xxxxxx-x1000**<br>**American Express**<br>**P.O. Box 297814**<br>**Ft. Lauderdale, FL 33329-7814** | | - | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $647.93 |
| ACCT #: **xxxx-xxxx-xxxx-4308**<br>**Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | | - | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $9,004.07 |
| ACCT #: **xxxxxxxxxx9641**<br>**Bank of America**<br>**P.O. Box 15027**<br>**Wilmington, DE 19850-5027** | | - | DATE INCURRED: **2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $5,447.98 |
| ACCT #: **xxxx-xxxx-xxxx-4517**<br>**Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | | - | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,074.92 |
| | | | | | | Subtotal > | **$316,174.90** |
| ___3___ continuation sheets attached | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

In re **Jack H. Swepston, Jr.** Case No. **07-38248-H3-7**
(if known)

*AMENDED 12/17/2007*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx-xxxx-xxxx-1140<br>**Capital One**<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | | - | DATE INCURRED: 1997<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $4,229.00 |
| ACCT #: xxxx-xxxx-xxxx-3917<br>**Capital One**<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | | - | DATE INCURRED: 1996<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $3,157.51 |
| ACCT #: xxxx-xxxx-xxxx-6084<br>**Chase Card Services**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | - | DATE INCURRED: 2006<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $12,033.48 |
| ACCT #: xxxx-xxxx-xxxx-8387<br>**Chase Card Services - Continental**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | - | DATE INCURRED: 2003<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $15,804.64 |
| ACCT #: xxxx-xxxx-xxxx-7809<br>**Discover**<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | | - | DATE INCURRED: 2006<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $5,875.01 |
| ACCT #: xxxx-xxxx-xxxx-0092<br>**Mastercard Gold**<br>P.O. Box 815909<br>Dallas, TX 75381-5909 | | - | DATE INCURRED: 2003<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $5,037.04 |

Sheet no. __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$46,136.68**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

12/17/2007 11:28:50am
Official Form 6F (10/06) - Cont.
Case 07-38248 Document 19 Filed in TXSB on 12/17/07 Page 11 of 19

In re **Jack H. Swepston, Jr.**     Case No. **07-38248-H3-7**
(if known)

### AMENDED 12/17/2007
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: x1620<br>Medical Clinic of Houston, LLP<br>P.O. Box 4346, Dept. 142<br>Houston, TX 77210-4346 | | - | DATE INCURRED: 2003<br>CONSIDERATION: Medical Expenses<br>REMARKS: | | | | Unknown |
| ACCT #: xxxxxxx0476<br>Medical Control Assn. of Houston<br>c/o Specialized Collection Systems<br>P.O. Box 441508<br>Houston, TX 77254-1508 | | - | DATE INCURRED: 2003<br>CONSIDERATION: Medical Expenses<br>REMARKS: | | | | $200.00 |
| ACCT #: xxxxxxxxx-7303<br>Methodist Hospital<br>P.O. Box 4315<br>Houston, TX 77210-4315 | | - | DATE INCURRED: 11/6/07<br>CONSIDERATION: Medical Expenses<br>REMARKS: | | | | $448.54 |
| ACCT #: xxxxA000<br>Monitor Medical, Inc.<br>P.O. Box 2527<br>Sugar Land, TX 77487-2527 | | - | DATE INCURRED: 2007<br>CONSIDERATION: Medical Expenses<br>REMARKS: | | | | Unknown |
| ACCT #: xxxx-xxxx-xxxx-4037<br>Orchard Bank<br>c/o HSBC Card Services<br>P.O. Box 80584<br>Salinas, CA 93912-0034 | | - | DATE INCURRED: 2001<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $1,443.08 |
| ACCT #:<br>TMH Physician Organization<br>6560 Fannin, #802<br>Houston, TX 77030 | | - | DATE INCURRED: 2007<br>CONSIDERATION: Medical Expenses<br>REMARKS: | | | | Unknown |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$2,091.62**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Jack H. Swepston, Jr.** Case No. **07-38248-H3-7**
(if known)

*AMENDED 12/17/2007*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx-xxxx-xxxx-0199<br>**Washington Mutual**<br>P.O. Box 660509<br>Dallas, TX 75266-0509 | | - | DATE INCURRED: 1996<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $11,982.36 |
| ACCT #: xxxxxx2086<br>**Washington Mutual Home Loans**<br>P.O. Box 100576<br>Florence, SC 29501-0576 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS:<br>**Home loan was refinanced through third party lender and debt to Washington Mutual was paid off. Scheduled only because debt still appears on debtor's credit report.** | | | X | **Notice Only** |

Sheet no. **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $11,982.36

Total > $376,385.56
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

| IN RE: | Jack H. Swepston, Jr. | CASE NO | 07-38248-H3-7 |
|---|---|---|---|
| | | CHAPTER | 7 |

*AMENDED 12/17/2007*

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,220.00 |
|   a. Are real estate taxes included?    ☑ Yes    ☐ No | |
|   b. Is property insurance included?    ☑ Yes    ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $300.00 |
|            b. Water and sewer | |
|            c. Telephone | $130.00 |
|            d. Other:  Cable | $100.00 |
| 3. Home maintenance (repairs and upkeep) | $170.00 |
| 4. Food | $300.00 |
| 5. Clothing | $30.00 |
| 6. Laundry and dry cleaning | $15.00 |
| 7. Medical and dental expenses | $200.00 |
| 8. Transportation (not including car payments) | $190.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | $390.00 |
|         c. Health | |
|         d. Auto | $225.00 |
|         e. Other:  Flood Insurance | $25.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto:  YMCA - gym membership | $51.00 |
|         b. Other:  Sprint - cell phone | $68.00 |
|         c. Other:  Maintenance Fees for Timeshare | $40.00 |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $316.67 |
| 17.a. Other: | |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,820.67** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **Debtor will have to start paying for private health insurance premiums until he finds a new job; Estimate: $441/mo.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $4,288.84 |
| b. Average monthly expenses from Line 18 above | $3,820.67 |
| c. Monthly net income (a. minus b.) | $468.17 |

## DEBTOR'S STATEMENT REGARDING SCHEDULE I (INCOME) AND FORM B22A (STATEMENT OF CURRENT MONTHLY INCOME)

Gross Income

The Debtor was laid off by his former employer, Lithcon Petroleum USA, LP on or about November 21, 2007 and is being paid through December 31, 2007. Beginning January 1, 2008, the Debtor will have no regular income (other than unemployment compensation, to the extent allowed) until he secures another job.

Expenses

Prior to being laid off, the Debtor made monthly premiums in the amount of $441.00 for COBRA coverage under a health insurance policy through his former spouse's employer. Each month, the Debtor's former employer would reimburse him for his health insurance expense. As of January 1, 2008, the Debtor will have to bear the expense of his monthly health insurance premiums as a result of his unemployed status. The Debtor expects that the monthly premium amount will increase in January of 2008 based upon the fact that his premium has been raised every year for the past several years. The Debtor is also a diabetic, cancer survivor with sleep apnea and is a recent triple bypass recipient.

In light of his medical problems and current unemployed status, the Debtor does not anticipate having any disposable income, and possibly no income at all for some time.

12/14/07
DATE

JACK H. SWEPSTON, JR.

Official Form 6 - Declaration (10/06)
Case 07-38248   Document 19   Filed in TXSB on 12/17/07   Page 15 of 19
12/17/2007 11:28:50am

In re **Jack H. Swepston, Jr.**                                        Case No.    **07-38248-H3-7**

# *AMENDED 12/17/2007*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **13**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page as attached plus 2.)

Date  **12/17/2007**                             Signature   **/s/ Jack H. Swepston, Jr.**
                                                             *Jack H. Swepston, Jr.*

Date _____                             Signature _____

[If joint case, both spouses must sign.]

---

***Penalty for making a false statement or concealing property:*** *Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: **Jack H. Swepston, Jr.** | CASE NO **07-38248-H3-7** |
| | CHAPTER **7** |

*AMENDED 12/17/2007*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/17/2007                           Signature  /s/ Jack H. Swepston, Jr.
                                                      *Jack H. Swepston, Jr.*

Date _____                Signature _____

Allied Home Mortgage Corp.
c/o Jim Hodge
6110 Pinemont
Houston, TX



Allstate Life Insurance Co.
P.O. Box 80469
Lincoln, NE 68501



American Express
P.O. Box 297814
Ft. Lauderdale, FL 33329-7814



Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026



Bank of America
P.O. Box 15027
Wilmington, DE 19850-5027



Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285



Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298



Chase Card Services - Continental
P.O. Box 15298
Wilmington, DE 19850-5298



CitiMortgage
P.O. Box 9438
Gaithersburg, MD 20898-9438

```
Cliffs at Peace Canyon
P.O. Box 350547
Fort Lauderdale, FL 33335-0547



Discover
P.O. Box 30943
Salt Lake City, UT 84130



Mastercard Gold
P.O. Box 815909
Dallas, TX 75381-5909



Medical Clinic of Houston, LLP
P.O. Box 4346, Dept. 142
Houston, TX 77210-4346



Medical Control Assn. of Houston
c/o Specialized Collection Systems
P.O. Box 441508
Houston, TX 77254-1508


Methodist Hospital
P.O. Box 4315
Houston, TX 77210-4315



Monitor Medical, Inc.
P.O. Box 2527
Sugar Land, TX 77487-2527



Murphy S. Kasing
1221 McKinney, Suite 3200
Houston, TX 77010



Orchard Bank
c/o HSBC Card Services
P.O. Box 80584
Salinas, CA 93912-0034
```

```
San Antonio Federal Credit Union
P.O. Box 1356
San Antonio, TX 78295-1356



San Antonio Federal Credit Union
P.O. Box 3156
San Antonio, TX 78295-3156



Sprint
P.O. Box 660075
Dallas, TX 75266-0075



Symetra Life Insurance Co.
Individual Life Dept.
P.O. Box 34690
Seattle, WA 98124-1690



TMH Physician Organization
6560 Fannin, #802
Houston, TX 77030



Washington Mutual
P.O. Box 660509
Dallas, TX 75266-0509



Washington Mutual Home Loans
P.O. Box 100576
Florence, SC 29501-0576
```